IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SONJA MAE MERCADO,<br><br>Defendant. | CR 23-106-BLG-SPW-2<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |

Defendant entered her plea of guilty before U.S. Magistrate Judge Timothy J. Cavan in open court on June 17, 2024. United States Magistrate Judge Timothy J. Cavan entered Findings and Recommendation in this matter on June 17, 2024 (Doc. 53). No objections having been filed within fourteen days thereof,

IT IS HEREBY ORDERED that Judge Cavan's Findings and Recommendations (Doc. 53) are ADOPTED IN FULL, and Defendant's plea of guilty to the charge in Count 2 of the Indictment is accepted.

The clerk shall promptly notify counsel and the probation office of the entry of this Order.

DATED this 2nd day of July, 2024.

SUSAN P. WATTERS
United States District Judge

1